## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JONATHAN E. MARSH**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-08-00682-D |
| **NOMAC DRILLING CORPORATION**, | ) ) ) ) |
| Defendant. | ) ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jonathan E. Marsh and defendant Nomac Drilling Corporation hereby request that the Court enter an Order dismissing the referenced matter with prejudice with each party to bear its own costs and attorney's fees.

Respectfully submitted,

s/*Richard R. Rice*
*(Signed by Michael F. Lauderdale w/permission)*
Richard R. Rice
Nichole R. Fincham
RICE & RENEAU
1401 South Douglas Blvd., Suite A
Midwest City, OK 73130
ATTORNEYS FOR PLAINTIFF


*s/Michael F. Lauderdale*
Michael F. Lauderdale, OBA #14265
Lauren E. Barghols, OBA #21594
McAfee & Taft A Professional Corporation
Tenth Floor, Two Leadership Square
211 North Robinson
Oklahoma City, Oklahoma  73102-7103
Telephone:   (405) 235-9621
Facsimile:    (405) 235-0439
ATTORNEYS FOR DEFENDANT